UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE

| | | |
|---|---|---|
| HAROLD LASSERRE, JR. | : | DOCKET NO. 3:12-091 |
| VS. | : | JUDGE TRIMBLE |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION | : | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the converted motion for summary judgment (R. #8 and 14) is hereby **GRANTED** dismissing with prejudice, plaintiff's claims against defendant, Educational Credit Management Corporation at plaintiff's costs.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of June, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE